JAMES J. TOBIN v. JOSEPH P. HENNESSY, as Commissioner of Parks, and Others.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR H. GAGNON, as Receiver, etc., v. ARACOMA KENTON Co., INC., and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of THE COMMITTEES HERETOFORE APPOINTED BY THE SUPREME COURT IN THE COUNTY OF NEW YORK, THE COURT OF COMMON PLEAS FOR THE CITY AND COUNTY OF NEW YORK, AND THE SUPERIOR COURT OF THE CITY OF NEW YORK, of the Property of Incompetent Persons, and Others. In the Matter of the Inventory and Account of ABRAHAM N. LEVY, Committee of ANDREW TRAULKO (Also Designated as ANDREW TRAULKE at the Time of the Appointment of the Former Committee), an Incompetent Person.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HANNAH GOLDBERG, Respondent, v. MAMIE BLOCK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted upon payment by defendant of taxable costs to date of motion, including ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SHIRLEY NEIBART, Respondent, v. MARCUS NEIBART, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET C. THROOP, Respondent, v. AMBASSADOR HOTEL CORPORATION, a Domestic Corporation, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR H. LAMBORN and Others, Appellants, v. CZARNIKOW-RIONDA COMPANY, Respondent. CZARNIKOW-RIONDA COMPANY, Respondent, v. FEDERAL SUGAR REFINING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CITY OF NEW YORK, Respondent, v. JAMES N. BUTTERLY and Others, Appellants.— Order modified by eliminating therefrom the provision which enjoins the defendants from interfering with and preventing the plaintiff " from erecting a fence along the mean high water line or boundary line of said lands," which fence the plaintiff has no right to maintain; and as so modified affirmed, with ten dollars costs and disbursements to the appellants. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HANNAH CHERNIN, Appellant, v. BENJAMIN CHERNIN, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.